# VERIFIED RETURN OF SERVICE

Insert name of court, judicial district or branch court, if any:

**United States District Court, District of Columbia**

DEPOSITION/COURT DATE:

CASE NUMBER: **1:05-CV-01349**

PLAINTIFF/PETITIONER:
**Service Employees International Union National Industry Pension Fund, et al**

DEFENDANT/RESPONDENT:
**Danmark Security, LLC**

DOCUMENTS SERVED:
20 Day Summons, Complaint, Consent to Proceed Before a US Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before a US Magistrate Judge Initial Electronic Case Filing Order,

Received on **07/13/2005** at **8:00 AM** to be served on:

**Danmark Security, LLC c/o Dan Petronijevic**

I do hereby affirm that on _7/20/05_ at _1:55 PM_ I served this process by:

__X__ CORPORATE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: _Dan Petronijevic_   TITLE: _Managing Agent_

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

LOCATION OF SERVICE:

**120 West Madison, Suite 618**
**Chicago, IL 60602**

FOR(Client):

Eunice H. Washington, Esq.
Service Employees International Union
1313 L Street, N.W.
Washington, DC  20005
800-458-1010

COMMENTS:

AUTHORIZATION:

DECLARATION:

*UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.*

NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

SIGNATURE:

X _[signature]_

_Robert C. Regalado_
(Print Name)

State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL  33309
OUR FILE#: **64320**