## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES ) | |
| INTERNATIONAL UNION NATIONAL ) | |
| INDUSTRY PENSION FUND, *et al.*, ) | |
| ) | **Civil Action No. 05-1349(RMU)** |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DANMARK SECURITY, LLC ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR JUDGMENT BY DEFAULT

Plaintiffs, Service Employees International Union National Pension Fund and its Board of Trustees, through counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby move for entry of judgment by default against Defendant Danmark Security in the amount of $3,629.95. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities. This Motion is supported by the accompanying Declarations of Tearyn Parroff and Eunice Washington. A proposed Order of Judgment by Default is submitted herewith.

Respectfully submitted,

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C. 20005
(202) 626-1440

Attorney for Plaintiffs

Dated: September 23, 2005