UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, </br></br>Plaintiffs,</br></br>v.</br></br>DANMARK SECURITY, L.L.C.</br></br>Defendant. | )</br>)</br>)</br>)  Civil Action No. 05-1349 (RMU)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**ORDER OF JUDGMENT BY DEFAULT**

Upon consideration of the Motion for Judgment by Default, the Memorandum of Points and Authorities in Support thereof, the Declarations of Tearyn Parroff and Eunice Washington, and the record herein, it is hereby

**ORDERED** that **JUDGMENT BY DEFAULT** is rendered against Defendant in favor of Plaintiffs Service Employees International Union National Industry Pension Fund and its Board of Trustees, in the amount of $3,629.95; and it is further

**ORDERED** that post-judgment interest shall accrue at the rate of _____% per annum.

**Dated: _____, 2005**         _____
                                            **The Honorable Ricardo M. Urbina**
                                            **United States District Judge**


**copy to:**   Eunice H. Washington
              Service Employees International Union
              National Industry Pension Fund
              1343 L Street, N.W.
              Washington, D.C.  20005