## Danmark (1/1649/2369)

| Paydate | Start date | End date | # Days Late | /Daily Rate | Interest | Principal | Total Interest | LD's |
|---|---|---|---|---|---|---|---|---|
| 1/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 2/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 3/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 4/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 5/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.37 | 15.37 |
| 6/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 7/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 8/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 9/1/2002 | 10/22/02 | 10/15/05 | 1089 | 2.98356164 | 10% | 52.00 | 15.51 | 15.51 |
| 10/1/2002 | 11/15/02 | 10/15/05 | 1065 | 2.91780822 | 10% | 52.00 | 15.17 | 15.17 |
| 11/1/2002 | 12/15/02 | 10/15/05 | 1035 | 2.83561644 | 10% | 52.00 | 14.74 | 14.74 |
| 12/1/2002 | 01/15/03 | 10/15/05 | 1004 | 2.75068493 | 10% | 52.00 | 14.30 | 14.30 |
| 1/1/2003 | 02/15/03 | 10/15/05 | 973 | 2.66575342 | 10% | 52.00 | 13.86 | 13.86 |
| 2/1/2003 | 03/15/03 | 10/15/05 | 945 | 2.5890411 | 10% | 52.00 | 13.46 | 13.46 |
| 3/1/2003 | 04/15/03 | 10/15/05 | 914 | 2.50410959 | 10% | 52.00 | 13.02 | 13.02 |
| 4/1/2003 | 05/15/03 | 10/15/05 | 884 | 2.42191781 | 10% | 52.00 | 12.59 | 12.59 |
| 5/1/2003 | 06/15/03 | 10/15/05 | 853 | 2.3369863 | 10% | 52.00 | 12.15 | 12.15 |
| 6/1/2003 | 07/15/03 | 10/15/05 | 823 | 2.25479452 | 10% | 52.00 | 11.72 | 11.72 |
| 7/1/2003 | 08/15/03 | 10/15/05 | 792 | 2.16986301 | 10% | 52.00 | 11.28 | 11.28 |
| 8/1/2003 | 09/15/03 | 10/15/05 | 761 | 2.08493151 | 10% | 52.00 | 10.84 | 10.84 |
| 9/1/2003 | 10/15/03 | 10/15/05 | 731 | 2.00273973 | 10% | 52.00 | 10.41 | 10.41 |
| 10/1/2003 | 11/15/03 | 10/15/05 | 700 | 1.91780822 | 10% | 52.00 | 9.97 | 10.40 |
| 11/1/2003 | 12/15/03 | 10/15/05 | 670 | 1.83561644 | 10% | 52.00 | 9.55 | 10.40 |
| 12/1/2003 | 01/15/04 | 10/15/05 | 639 | 1.75068493 | 10% | 52.00 | 9.10 | 10.40 |
| 1/1/2004 | 02/15/04 | 10/15/05 | 608 | 1.66575342 | 10% | 52.00 | 8.66 | 10.40 |
| 2/1/2004 | 03/15/04 | 10/15/05 | 579 | 1.58630137 | 10% | 52.00 | 8.25 | 10.40 |
| 3/1/2004 | 04/15/04 | 10/15/05 | 548 | 1.50136986 | 10% | 52.00 | 7.81 | 10.40 |
| 4/1/2004 | 05/15/04 | 10/15/05 | 518 | 1.41917808 | 10% | 52.00 | 7.38 | 10.40 |
| 5/1/2004 | 06/15/04 | 10/15/05 | 487 | 1.33424658 | 10% | 52.00 | 6.94 | 10.40 |
| 6/1/2004 | 07/15/04 | 10/15/05 | 457 | 1.25205479 | 10% | 52.00 | 6.51 | 10.40 |
| 7/1/2004 | 08/15/04 | 10/15/05 | 426 | 1.16712329 | 10% | 52.00 | 6.07 | 10.40 |
| 8/1/2004 | 09/15/04 | 10/15/05 | 395 | 1.08219178 | 10% | 52.00 | 5.63 | 10.40 |

| Date | Date2 | Date3 | Days | Factor | Rate | Principal | Interest | LD |
|---|---|---|---|---|---|---|---|---|
| 9/1/2004 | 10/15/04 | 10/15/05 | 365 | 1 | 10% | **52.00** | 5.20 | **10.40** |
| 10/1/2004 | 11/15/04 | 10/15/05 | 334 | 0.91506849 | 10% | **52.00** | 4.76 | **10.40** |
| 11/1/2004 | 12/15/04 | 10/15/05 | 304 | 0.83287671 | 10% | **52.00** | 4.33 | **10.40** |
| 12/1/2004 | 01/15/05 | 10/15/05 | 273 | 0.74794521 | 10% | **52.00** | 3.89 | **10.40** |
| 1/1/2005 | 02/15/05 | 10/15/05 | 242 | 0.6630137 | 10% | **52.00** | 3.45 | **10.40** |
| 2/1/2005 | 03/15/05 | 10/15/05 | 214 | 0.58630137 | 10% | **52.00** | 3.05 | **10.40** |
| 3/1/2005 | 04/15/05 | 10/15/05 | 183 | 0.50136986 | 10% | **52.00** | 2.61 | **10.40** |
| 4/1/2005 | 05/15/05 | 10/15/05 | 153 | 0.41917808 | 10% | **52.00** | 2.18 | **10.40** |
| 5/1/2005 | 06/15/05 | 10/15/05 | 122 | 0.33424658 | 10% | **52.00** | 1.74 | **10.40** |
| 6/1/2005 | 07/15/05 | 10/15/05 | 92 | 0.25205479 | 10% | **52.00** | 1.31 | **10.40** |
| 7/1/2005 | 08/15/05 | 10/15/05 | 61 | 0.16712329 | 10% | **52.00** | 0.87 | **10.40** |
| 8/1/2005 | 09/15/05 | 10/15/05 | 30 | 0.08219178 | 10% | **52.00** | 0.43 | **10.40** |
| 9/1/2005 | 10/15/05 | 10/15/05 | 0 | 0 | 10% | **52.00** | - | |
| | | | | | | 2,339.96 | 412.73 | 532.26 |

*Principle estimated based on Local Union's estimation of bargaining unit. Values could change once actual reports are received.

| | |
|---|---|
| **Principal** | 2,339.96 |
| **Interest** | 412.73 |
| **Liquidated Damages** | 532.26 |
| **Filing Fees** | 250.00 |
| **Process Server** | 95.00 |
| **Total Amount Due** | **3,629.95** |