UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-1349 (RMU) |
| v. | ) ) | |
| DANMARK SECURITY, L.L.C. | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Motion for Judgment by Default, Memorandum of Points and Authorities, Affidavits in Support of Default, proposed Order and Certificate of Service was mailed this 29th day of November 2005 by certified mail, postage pre-paid, return receipt requested, on Defendant's registered agent:

    Dan Petronijevic
    Danmark Security, LLC
    120 W. Madison, Suite 618
    Chicago, IL  60602

    /s/ Eunice H. Washington
    Eunice H. Washington
    SEIU Benefit Funds Legal Department
    1343 L Street, N.W.
    Washington, D.C.  20005
    202-626-1440