UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES ) <br> INTERNATIONAL UNION NATIONAL ) <br> INDUSTRY PENSION FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DANMARK SECURITY, LLC ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 05-1349(RMU) |

## MOTION FOR ENTRY OF ORDER OF DEFAULT

Plaintiffs, having duly caused service of process of Plaintiffs' complaint to be made upon the Defendant, request the Clerk to enter an Order of Default against the Defendant because the Defendant has failed to plead or defend as required by Rule 55 of the Federal Rules of Civil Procedure, and the time for pleading has expired. The basis of this Motion is set forth in the attached Affidavit in Support of Default.

Respectfully submitted,

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C. 20005
(202) 626-1440

Attorney for Plaintiffs

Dated: December 22, 2005