UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES )<br>INTERNATIONAL UNION NATIONAL )<br>INDUSTRY PENSION FUND, *et al.*, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　)<br>DANMARK SECURITY, LLC )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. ) | Civil Action No. 05-1349(RMU) |

## ORDER OF ENTRY OF DEFAULT

It appearing from the records and Affidavit of Eunice H. Washington that the Summons and Complaint were properly served upon the above-named defendant on July 20, 2005 and that the time for said defendant to plead or otherwise defend expired on August 9, 2005 and that said Defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said defendant is entered this ___ day of _____.

　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Clerk of Court