UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES ) <br> INTERNATIONAL UNION NATIONAL ) <br> INDUSTRY PENSION FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DANMARK SECURITY, LLC ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 05-1349(RMU) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Motion for Entry of Order of Default, Affidavit in Support of Default, proposed Order and Certificate of Service was mailed this 22nd day of December 2005 by first class mail, postage pre-paid to Defendant's registered agent:

    Dan Petronijevic
    Danmark Security, LLC
    120 W. Madison, Suite 618
    Chicago, IL  60602

    /s/ Eunice H. Washington
    Eunice H. Washington
    SEIU Benefit Funds Legal Department
    1343 L Street, N.W.
    Washington, D.C.  20005
    202-626-1440