UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES ) <br> INTERNATIONAL UNION NATIONAL ) <br> INDUSTRY PENSION FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DANMARK SECURITY, LLC ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 05-1349(RMU) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify this 22nd day of December 2005 that I am the attorney of record for the Plaintiffs in the above-titled action, that the Defendant was served with the Plaintiffs' complaint against said Defendant on July 20, 2005, by delivering copies to Defendant's registered agent and that proof of such service is on the Court's Docket as Document Number 2.

Jurisdiction and venue are conferred on this Court by Section 515 of the Employee Retirement Income Security Act of 1974 ("ERISA") as amended, 29 U.S.C. 1145; Section 502 (a), (e) and (f) of ERISA, 29 U.S.C., Sections 1132 (a), (e) and (f); Section 301 of the LMRA, 29 U.S.C. Section 1337 (1970).

No appearance has been entered by Defendant in this cause; no pleading has been filed or served upon the attorney for the Plaintiffs; all extensions and the time for filing have expired.

The Defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a default against the Defendant.

Respectfully submitted,

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C. 20005
(202) 626-1440

Attorney for Plaintiffs

Dated: December 22, 2005