Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL UNION
NATIONAL INDUSTRY PENSION FUND et al

    Plaintiff(s)

V.

Civil Action No. 05-cv-01349-RMU

DANMARK SECURITY, LLC

    Defendant(s)

RE: DANMARK SECURITY, LLC

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 20, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 23rd day of December, 2005 declared that defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _/s/ Laura Chipley_____
    Deputy Clerk