UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES ) <br> INTERNATIONAL UNION NATIONAL ) <br> INDUSTRY PENSION FUND, *et al.*, ) <br> ) <br>         **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DANMARK SECURITY, L.L.C.** ) <br> ) <br>         **Defendant.** ) | Civil Action No. 05-1349 (RMU) |

## MOTION FOR JUDGMENT BY DEFAULT

Plaintiffs, Service Employees International Union National Industry Pension Fund and its Board of Trustees, through counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby move for entry of judgment by default in favor of Plaintiffs and against Defendant Danmark Security, L.L.C. as follows:

1. Judgment ordering Defendant to pay to Plaintiffs, Service Employees International Union National Industry Pension Fund ("Fund") and its Trustees, the sum of $2,651.95, representing delinquent contributions owed to Plaintiffs for the period beginning January 2002 through March 1, 2006;

2. Judgment ordering Defendant to pay to Plaintiffs interest, calculated at the rate of 10% per annum from the date contributions were due until June 1, 2006, on the delinquent contributions, in the amount of $570.14;

3.  Judgment ordering Defendant to pay liquidated damages (20% of the amount of Defendant's delinquency) in the amount of $673.71;

4.  Judgment ordering Defendant to pay the Fund's costs in the amount of $345.00.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities.  This Motion is supported by the accompanying Declarations of John Sahm and Eunice Washington.  A proposed Order of Judgment by Default is submitted herewith.

                                                  Respectfully submitted,

                                                  /s/ Eunice H. Washington
                                                  Eunice H. Washington
                                                  DC Bar No. 438477
                                                  SEIU Benefit Funds Legal Department
                                                  1313 L Street, N.W.
                                                  Washington, D.C.  20005
                                                  (202) 626-1440

                                                  Attorney for Plaintiffs

Dated: April 26, 2006