## Danmark (1/1649/2369)

| Paydate | Start date | End date | # Days Late | /Daily Rate | Interest | Principal | Total Interest | LD's |
|---|---|---|---|---|---|---|---|---|
| 1/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 2/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 3/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 4/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 5/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 6/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 7/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 8/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 9/1/2002 | 10/22/02 | 06/01/06 | 1318 | 3.6109589 | 10% | **52.00** | 18.78 | **18.78** |
| 10/1/2002 | 11/15/02 | 06/01/06 | 1294 | 3.54520548 | 10% | **52.00** | 18.43 | **18.43** |
| 11/1/2002 | 12/15/02 | 06/01/06 | 1264 | 3.4630137 | 10% | **52.00** | 18.01 | **18.01** |
| 12/1/2002 | 01/15/03 | 06/01/06 | 1233 | 3.37808219 | 10% | **52.00** | 17.57 | **17.57** |
| 1/1/2003 | 02/15/03 | 06/01/06 | 1202 | 3.29315068 | 10% | **52.00** | 17.12 | **17.12** |
| 2/1/2003 | 03/15/03 | 06/01/06 | 1174 | 3.21643836 | 10% | **52.00** | 16.73 | **16.73** |
| 3/1/2003 | 04/15/03 | 06/01/06 | 1143 | 3.13150685 | 10% | **52.00** | 16.28 | **16.28** |
| 4/1/2003 | 05/15/03 | 06/01/06 | 1113 | 3.04931507 | 10% | **52.00** | 15.86 | **15.86** |
| 5/1/2003 | 06/15/03 | 06/01/06 | 1082 | 2.96438356 | 10% | **52.00** | 15.41 | **15.41** |
| 6/1/2003 | 07/15/03 | 06/01/06 | 1052 | 2.88219178 | 10% | **52.00** | 14.99 | **14.99** |
| 7/1/2003 | 08/15/03 | 06/01/06 | 1021 | 2.79726027 | 10% | **52.00** | 14.55 | **14.55** |
| 8/1/2003 | 09/15/03 | 06/01/06 | 990 | 2.71232877 | 10% | **52.00** | 14.10 | **14.10** |
| 9/1/2003 | 10/15/03 | 06/01/06 | 960 | 2.63013699 | 10% | **52.00** | 13.68 | **13.68** |
| 10/1/2003 | 11/15/03 | 06/01/06 | 929 | 2.54520548 | 10% | **52.00** | 13.23 | **10.40** |
| 11/1/2003 | 12/15/03 | 06/01/06 | 899 | 2.4630137 | 10% | **52.00** | 12.81 | **10.40** |
| 12/1/2003 | 01/15/04 | 06/01/06 | 868 | 2.37808219 | 10% | **52.00** | 12.37 | **10.40** |
| 1/1/2004 | 02/15/04 | 06/01/06 | 837 | 2.29315068 | 10% | **52.00** | 11.92 | **10.40** |
| 2/1/2004 | 03/15/04 | 06/01/06 | 808 | 2.21369863 | 10% | **52.00** | 11.51 | **10.40** |
| 3/1/2004 | 04/15/04 | 06/01/06 | 777 | 2.12876712 | 10% | **52.00** | 11.07 | **10.40** |
| 4/1/2004 | 05/15/04 | 06/01/06 | 747 | 2.04657534 | 10% | **52.00** | 10.64 | **10.40** |
| 5/1/2004 | 06/15/04 | 06/01/06 | 716 | 1.96164384 | 10% | **52.00** | 10.20 | **10.40** |
| 6/1/2004 | 07/15/04 | 06/01/06 | 686 | 1.87945205 | 10% | **52.00** | 9.77 | **10.40** |
| 7/1/2004 | 08/15/04 | 06/01/06 | 655 | 1.79452055 | 10% | **52.00** | 9.33 | **10.40** |
| 8/1/2004 | 09/15/04 | 06/01/06 | 624 | 1.70958904 | 10% | **52.00** | 8.89 | **10.40** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **9/1/2004** | 10/15/04 | 06/01/06 | **594** | 1.62739726 | 10% | **52.00** | 8.46 | **10.40** |
| **10/1/2004** | 11/15/04 | 06/01/06 | **563** | 1.54246575 | 10% | **52.00** | 8.02 | **10.40** |
| **11/1/2004** | 12/15/04 | 06/01/06 | **533** | 1.46027397 | 10% | **52.00** | 7.59 | **10.40** |
| **12/1/2004** | 01/15/05 | 06/01/06 | **502** | 1.37534247 | 10% | **52.00** | 7.15 | **10.40** |
| **1/1/2005** | 02/15/05 | 06/01/06 | **471** | 1.29041096 | 10% | **52.00** | 6.71 | **10.40** |
| **2/1/2005** | 03/15/05 | 06/01/06 | **443** | 1.21369863 | 10% | **52.00** | 6.31 | **10.40** |
| **3/1/2005** | 04/15/05 | 06/01/06 | **412** | 1.12876712 | 10% | **52.00** | 5.87 | **10.40** |
| **4/1/2005** | 05/15/05 | 06/01/06 | **382** | 1.04657534 | 10% | **52.00** | 5.44 | **10.40** |
| **5/1/2005** | 06/15/05 | 06/01/06 | **351** | 0.96164384 | 10% | **52.00** | 5.00 | **10.40** |
| **6/1/2005** | 07/15/05 | 06/01/06 | **321** | 0.87945205 | 10% | **52.00** | 4.57 | **10.40** |
| **7/1/2005** | 08/15/05 | 06/01/06 | **290** | 0.79452055 | 10% | **52.00** | 4.13 | **10.40** |
| **8/1/2005** | 09/15/05 | 06/01/06 | **259** | 0.70958904 | 10% | **52.00** | 3.69 | **10.40** |
| **9/1/2005** | 10/15/05 | 06/01/06 | **229** | 0.62739726 | 10% | **52.00** | 3.26 | **10.40** |
| **10/1/2005** | 11/15/05 | 06/01/06 | **198** | 0.54246575 | 10% | **52.00** | 2.82 | **10.40** |
| **11/1/2005** | 12/15/05 | 06/01/06 | **168** | 0.46027397 | 10% | **52.00** | 2.39 | **10.40** |
| **12/1/2005** | 01/15/06 | 06/01/06 | **137** | 0.37534247 | 10% | **52.00** | 1.95 | **10.40** |
| **1/1/2006** | 02/15/06 | 06/01/06 | **106** | 0.29041096 | 10% | **52.00** | 1.51 | **10.40** |
| **2/1/2006** | 03/15/06 | 06/01/06 | **78** | 0.21369863 | 10% | **52.00** | 1.11 | **10.40** |
| **3/1/2006** | 04/15/06 | 06/01/06 | **47** | 0.12876712 | 10% | **52.00** | 0.67 | **10.40** |
| | | | | | | 2,651.95 | 570.14 | 673.71 |

| | |
|---|---|
| **Principal** | **2,651.95** |
| **Interest** | **570.14** |
| **Liquidated Damages** | **673.71** |
| **Filing Fees** | **250.00** |
| **Process Server** | **95.00** |
| **Total Amount Due** | **4,240.79** |