ER1649
S2369

# Agreement

Between

**DANMARK SECURITY, LLC.**

and

## Service Employees International Union,

## Local 1, AFL-CIO, CLC

111 East Wacker, Suite 2500

Chicago, Illinois 60601



**LOCAL 1 SEIU**
Stronger Together

Effective

SEPTEMBER 20, 2002

Through

DECEMBER 31, 2004

all reasonable legal fees incurred by the Local 73 SEIU Health Fund in enforcing the payment thereof.

## ARTICLE IX
## PENSION

The Employer agrees to participate in the SEIU National Industry Pension Fund. The Employer shall contribute, on behalf of each eligible employee, at the rate or ten ($0.10) cents per hour to the Pension Fund. The Employer also agrees to abide by all the terms and conditions set forth in the Pension Agreement.

Effective January 1, 2002, the Employer agrees to contribute ten cents ($0.10) cents per hour.

To become eligible for the Pension Fund contributions, an employee must be employed by the Employer for one (1) year. Upon reaching the first (1st) anniversary date of their employment, contributions will be made on their behalf by the Employer to the Fund. The Employer agrees to contribute from date of hire for new employees who have previously participated in the National Industry Pension Fund and been previously employed by another Local 1 S.E.I.U. Security signatory.

The Employer will pay for every hour worked and/or paid for each eligible employee.

## ARTICLE X
## UNION VISITATION AND INSPECTION

**Section 1.**   The Employer agrees that full-time paid representatives of the Union shall have the right at reasonable times upon advanced notice and with the Employer's permission to interview employees of the Employer upon the Employer's premises in the event that matters concerning such employee's working conditions or Union membership shall require such action. Employees so interviewed shall receive no reimbursement or pay from the Employer for time spent for such interviews.

**Section 2.**   The Union's agents or representatives shall not go upon an Employer's client's property or premises without prior permission by the Employer.

# ARTICLE XXI

## DURATION AND TERMINATION

This represents the entire Agreement of the parties, it being understood that there is no other Agreement or understanding, either oral or written.

**EFFECTIVE DATE:** This Agreement shall become effective **September 20, 2002,** except as otherwise provided herein, and remain in full force and effect until **December 31st 2004,** thereafter continue from year to year, unless at least sixty (60) days prior to the expiration date, or as thereafter extended, either party hereto shall notify the other in writing of its intention to terminate. It is contemplated that the parties will, during said sixty (60) day period, meet with each other to negotiate a new Agreement.

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 1, AFL-CIO, CLC

By: _____
Thomas Balanoff, President

Date: 9-23-02

DANMARK SECURITY, LLC.

By: _____
Mark Delia
Dan Petronijevic

Date: 9-23-02

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 1, AFL-CIO, CLC

By: _____
Philip Martini, Director Security Division

Date: 9-23-02

27