UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, | : : : : | |
| Plaintiff, | : : | Civil Action No.:    05-1349 (RMU) |
| v. | : : | Document No.:    9 |
| DENMARK SECURITY, L.L.C., | : : | |
| Defendant. | : | |

## JUDGMENT

For the reasons stated in the accompanying memorandum order, it is this 22nd day of May, 2006,

**ORDERED** that judgment is hereby entered for plaintiff Service Employees International Union National Industry Pension Fund against defendant Denmark Security, LLC in the amount of $4,240.80, which represents $2,651.95 in delinquent contributions, $570.14 in interest, $673.71 in liquidated damages, and costs of $345.00; and it is

**FURTHER ORDERED** that the defendant, its owners, officers, agents, servants, attorneys and all persons acting on its behalf or in conjunction with it are hereby enjoined from refusing to file complete, timely and proper remittance reports with accompanying pension contributions for January 2002 through the present.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge