UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 05-1349 (RMU) |
| DANMARK SECURITY, L.L.C. | ) ) |  |
| Defendant. | ) ) |  |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Plaintiffs Service Employees International Union National Industry Pension Fund (the "Fund") and the Board of Trustees of the Fund in the above-captioned case.

Respectfully submitted,

_____/s/_____
Richard C. Welch (Bar # 485756)
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Fax: (202) 783-6088

Counsel for Plaintiffs

Dated: January 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was mailed this 25th day of January 2008 by certified mail, postage pre-paid, return receipt requested, on Defendant's registered agent:

Dan Petronijevic
Danmark Security, L.L.C.
120 W. Madison Street, Suite 618
Chicago, IL 60602

_____/s/_____
Richard C. Welch (Bar #         )
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Fax: (202) 783-6088

Counsel for Plaintiffs