UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>DANMARK SECURITY, L.L.C.  )<br><br>Defendant.  ) | Civil Action No. 05-1349 (RMU) |

## MOTION TO AMEND
## MEMORANDUM ORDER AND JUDGMENT

Comes now Service Employees International Union National Industry Pension Fund and the Board of the Trustees of the SEIU Fund (hereinafter the "Plaintiffs"), and move this Court pursuant to Fed. R. Civ. P. 60(a) to amend the spelling of the Defendant's name as it appears in the Memorandum Order and Judgment entered by this court. Specifically, the Defendant's name is spelled "Denmark Security, L.L.C." on both the Memorandum Order (Doc. 10)[1] and Judgment (Doc. 11) entered by this Court on May 22, 2006. The Plaintiffs respectfully request that both the Memorandum Order (Doc. 10) and Judgment (Doc. 11) be amended to reflect the actual spelling the defendant's name as "Danmark Security, L.L.C."

In support of this motion, the plaintiffs simultaneously file a memorandum of law articulating the grounds upon which this motion is based and a proposed judgment that contains the sought corrections.

---

[1] The citation to "Doc.___" indicates the docket number of the document immediately preceding the citation as assigned in the docket posted on this Court's ECF page.

        Respectfully submitted,

        _____/s/_____
        Richard C. Welch (Bar #         )
        Mooney, Green, Baker & Saindon, P.C.
        1920 L Street, N.W., Suite 400
        Washington, D.C. 20036
        Telephone: (202) 783-0010
        Fax: (202) 783-6088

        Counsel for Plaintiffs

Dated: January 25, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Plaintiffs' Motion to Amend Memorandum Order and Judgment and this Certificate of Service was mailed this 25th day of January 2008 by certified mail, postage pre-paid, return receipt requested, on Defendant's registered agent:

    Dan Petronijevic
    Danmark Security, L.L.C.
    120 W. Madison Street, Suite 618
    Chicago, IL 60602

                                             _____/s/_____
                                             Richard C. Welch (Bar #      )
                                             Mooney, Green, Baker & Saindon, P.C.
                                             1920 L Street, N.W., Suite 400
                                             Washington, D.C. 20036
                                             Telephone: (202) 783-0010
                                             Fax: (202) 783-6088

                                             Counsel for Plaintiffs