UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SERVICE EMPLOYEES                       )
INTERNATIONAL UNION NATIONAL            )
INDUSTRY PENSION FUND, *et al.*,        )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )   Civil Action No. 05-1349 (RMU)
                                        )
DANMARK SECURITY, L.L.C.                )
                                        )
        Defendant.                      )
_____)

## JUDGMENT

For the reasons stated in the accompanying memorandum order, it is this __ day of January, 2008,

**ORDERED** that judgment is hereby entered for plaintiffs Service Employees International Union National Industry Pension Fund and the Board of the Trustees of the SEIU Fund against defendant Danmark Security, L.L.C. in the amount of $4,240.80, which represents $2,651.95 in delinquent contributions, $570.14 in interest, $673.71 in liquidated damages, and costs of $345.00; and it is

**FURTHER ODERED** that the defendant, its owners, officers, agents, servants, attorneys and all persons acting on its behalf or in conjunction with it are hereby enjoined from refusing to file complete, timely and proper remittance reports with accompanying pension contributions for January through the present.

**SO ORDERED**.

                                            _____
                                            HON. RICARDO M. URBINA
                                            United States District Judge

1