UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANMARK SECURITY, L.L.C. <br><br> Defendant. | Civil Action No. 05-1349 (RMU) |

FILED

APR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AMENDED JUDGMENT

For the reasons stated in the accompanying memorandum order, it is this **23** day of ~~January~~ April, 2008, Nunc pro tunc May 22, 2006,

**ORDERED** that judgment is hereby entered for plaintiffs Service Employees International Union National Industry Pension Fund and the Board of the Trustees of the SEIU Fund against defendant Danmark Security, L.L.C. in the amount of $4,240.80, which represents $2,651.95 in delinquent contributions, $570.14 in interest, $673.71 in liquidated damages, and costs of $345.00; and it is

**FURTHER ODERED** that the defendant, its owners, officers, agents, servants, attorneys and all persons acting on its behalf or in conjunction with it are hereby enjoined from refusing to file complete, timely and proper remittance reports with accompanying pension contributions for January through the present.

**SO ORDERED.**

_____
HON. RICARDO M. URBINA
United States District Judge